AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Nhan Ho | Telephone: | (313) 226-9100 |
| Special Agent: | Adam Christensen | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

United States of America  
v.  
John Louis RIORDAN

Case: 2:23−mj−30501  
Assigned To : Unassigned  
Assign. Date : 12/22/2023  
CMP: USA v RIORDAN (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 14-21, 2023__ in the county of __Monroe and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(A) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____  
Complainant's signature

Special Agent Adam Christensen - FBI  
*Printed name and title*

Sworn to before me and signed in my presence  
and/or by reliable electronic means.

Date: December 22, 2023

_____  
Judge's signature

City and state: Detroit, Michigan

Honorable Elizabeth Stafford, U.S. Magistrate Judge  
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **JOHN LOUIS RIORDAN** for violations of 18 U.S.C. §§ 2252A(a)(2) (receipt and distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

3. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law

1

enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **RIORDAN** has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

## PROBABLE CAUSE

5. On or about December 14, 2023, an FBI Online Covert Employee (OCE) was operating in an undercover capacity on the end-to-end encrypted application, TeleGuard. The OCE was a member of a child pornography trading room on TeleGuard. On the same date, TeleGuard user bbygrlmac2 mentioned a female child under the age of 12, with whom he shares a familial relationship (hereinafter referred to as "Minor Victim 1 or MV1"), and he posted a non-sexually explicit picture of the girl standing in what appeared to be a hotel room. User bbygrlmac2 proceeded to distribute several child pornography media files depicting the lewd and lascivious display of young girl's vaginas (which meet the definition of child pornography as defined in 18 U.S.C. § 2256), but the videos did not appear to depict MV1.

2

6. On December 15, 2023, the FBI OCE engaged in a direct messaging conversation with bbygrlmac2 on TeleGuard. During the conversation, bbygrlmac2 stated that he was sexually abusing MV1. For instance, he said, "We just started playing around. She's been comfortable with above the pants and under the shirt…."

7. On December 20, 2023, a deconfliction check with the National Center for Missing and Exploited Children (NCMEC) for username, "bbygrlmac" was requested. NCMEC replied with a possibly related CyberTip (CT) 182700871 that was submitted by Yahoo! for user bbygrlmac2@yahoo.com. The CT related to the distribution and receipt of child pornography from the bbygrlmac2@yahoo.com account.

8. On December 21, 2023, the FBI OCE revisited the TeleGuard child pornography trading room that bbygrlmac2 posted the picture of MV1. The OCE observed that on December 14, 2023, bbygrlmac2 posted three videos and four pictures of MV1, prior to posting the aforementioned non-sexually explicit picture of MV1 in the hotel room. One of the videos depicted an approximately 10-year-old girl unscrewing a bottle cap with her mouth. Another video, which was very dark and difficult to make out, appeared to depict an adult male massaging the bare chest of a young female. The four pictures depicted an adult male fondling and massaging the bare chest of a young female. User bbygrlmac2 stated in the child pornography trading room, "I have a short video playing with her chest but it's to [sic] dark to

3

really make out." The OCE believes that bbygrlmac2 is referencing the previously described video that pairs with the described pictures.

9. In addition, the TeleGuard user bbygrlmac2 made comments on December 14, 2023, that indicate that he previously produced child pornography of MV1 and was sexually molesting her. In a response to another user asking if he had nudes of MV1, bbygrlmac2 stated, "I lost them when I was transferring phones." The next comment bbygrlmac2 made was, "Yeah. Just been a slow process. She just started letting me play with her chest. And I can rub her pussy as long as it's outside right now. She gets scared when I try to go inside."

10. On December 21, 2023, FBI Headquarters returned the full NCMEC report CT 182700871. Included in the NCMEC CT from Yahoo! was a subscriber name of "Kenzie Roberts", a phone number of 317-XXX-4084 (hereinafter the "4084 phone number"), and multiple IP addresses. Per open-source research, the 4084 phone number resolved to "John Riordan". Further open-source research on John Riordan revealed the following information about the individual:

- Name: **JOHN LOUIS RIORDAN**
- DOB: XX/XX/1984
- SSN: XXX-XX-5862
- Potential Address: XXXX Starlight Rd, Newport, MI 48166
- Potential Address: XXXX Lakeshore Dr, Newport, MI 48166

4

In addition, open-source information provided potential information related to his spouse, including her Facebook account.

11. The potential Facebook account for RIORDAN's spouse has photos of a young female, who resembles MV1 in the TeleGuard photos and videos. A review of the Facebook account identified potential DOB for the young female as 2012 or 2013, matching the stated age of MV1 whose pictures were posted by user bbygrlmac2.

12. On December 21, 2023, an Emergency Disclosure request was submitted to Charter Communications for three IP addresses, 2600:6c48:7e00:7f14:11a2:1e52:4af0:76ee, 2600:6c48:7e00:7f14:efc2:a152:3f81:c2e7, and 2600:6c48:7e00:7f14:dc81:3125:e45f:9c21, as derived from the CT report and used on the dates defined in the report, which were all on December 10, 2023. On the same date, Charter responded with subscriber information of "John Riordan" at residence XXXX Starlight Road, Newport, Michigan 48166.

13. Based in part on the information provided above a federal search warrant for XXXX Starlight Road, Newport, Michigan 48166 was authorized in the Eastern District of Michigan on December 21, 2023. The warrant was executed on the evening of December 21, 2023. **RIORDAN** was present at the residence at the time of the search warrant execution.

5

14. **RIORDAN** voluntarily agreed to be interviewed and stated, after waiving his *Miranda* rights, that his phone number was the 4084 phone number. He identified his phone as being a Samsung Galaxy Fold and provided the swipe code to open the phone. **RIORDAN** stated that he had used the username bbygrlmac2 on the messaging application TeleGuard and that TeleGuard was still on his phone. **RIORDAN** stated that he had a new account on TeleGuard and had deleted the bbygrlmac2 account a couple of days ago. **RIORDAN** admitted that he had sent and received child pornography images on TeleGuard and had received child pornography images on his Yahoo account, bbygrlmac2@yahoo.com. **RIORDAN** stated that he had made comments about sexually touching MV1 but, initially, denied ever doing so. **RIORDAN** initially said he had accidently recorded himself touching MV1's exposed breasts and posted that video to TeleGuard, but then again denied that he had touched MV1 in a sexual manner. Later, **RIORDAN** stated that his touching of MV1's breast had been sexual in nature and that he had gotten an erection as he did so.

15. Initial review of the contents of the phone showed numerous images of minor females displaying their genitals in a lewd or lascivious manner that meet the Federal definition of child pornography. TeleGuard was found on the phone and **RIORDAN** provided the PIN code to access the account. The account username was found to be "bobbybop2".

## CONCLUSION

16. Based on the foregoing, there is probable cause to believe that **JOHN LOUIS RIORDAN** has received and distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

_____
Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:   December 22, 2023

7